IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01802-PAB-BNB

SAMEKA BUNTING,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court upon the parties' Stipulation of Dismissal with Prejudice (Docket No. 21). The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs.

DATED November 24, 2008.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge